John Opie, Appellee, v. Harry G. Weaver, Appellant.

Gen. No. 10,157.

opinion filed September 26, 1947; released

for publication October 20, 1947. George W. Thoma, for appellant; Edward F. Zahour, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.